## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | NO. TJS-17-2534 |
| | * | |
| **LEE ELBAZ,** | * | |
| a/k/a "Lena Green" | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

### UNOPPOSED MOTION OF DEFENDANT LEE ELBAZ
### TO MODIFY BOND CONDITIONS

Defendant Lee Elbaz hereby moves to substitute the nature of the security posted as a condition of her release. Specifically, Ms. Elbaz requests that her aunt, Limor Elbaz, be permitted to substitute $354,000 in cash, to be deposited with the Clerk of the Court, in lieu of the lien currently on the property she co-owns with another person at 15 Eugenia Avenue, San Francisco, CA 94110 ("Eugenia property"). The lien on the property at 1633 Burrows Street ("Burrows property"), which she owns by herself, would remain unchanged. The government does not oppose this motion.

1. On September 20, 2017, Limor Elbaz posted a $1.8 million Appearance Bond, partially secured by (1) her one-half interest in the Eugenia property, and (2) by her residence at the Burrows property, of which she is sole owner. Pursuant to this Court's Order to Record Agreement to Forfeit Property, liens on both properties were recorded in San Francisco on September 21, 2017.

1

2. Limor Elbaz co-owns the Eugenia property with another person, and is not on good terms with the co-owner of the property. For personal and tax reasons, Limor Elbaz would like to release the lien on the Eugenia property and potentially sell that property.

3. Limor Elbaz recently sold an apartment in Israel, for which she received proceeds of approximately $354,000.

4. By way of mechanics, the proposal is to deposit the $354,000 with the Clerk of the Court. Upon deposit of this sum, the Court will then execute an order releasing the previous order to record a lien to forfeit the Eugenia property. A copy of the proposed order is attached hereto as Exhibit A.

5. All other conditions of bond, including the lien on the Burrows property and her overall bond obligation of $1.8 million, will remain the same.

6. Substituting the security in this manner would result in a better form of security in that it replaces illiquid collateral – Limor Elbaz's one-half interest in the co-owned Eugenia property – with cash deposited with the Clerk of Court.

7. Defendant Elbaz has at all times complied with the conditions of pretrial release, including as recently modified to permit her to be outside of the house for one hour each day within a specified boundary.

8. As noted above, undersigned counsel has communicated this request to counsel for the government, Ankush Khardori, who has stated he does not oppose this request.

9. Undersigned counsel has also communicated this request to James Ridgeway, pre-trial services officer in Maryland, as well as Nelson Bararo, pre-trial services officer in San

Francisco. Mr. Ridgeway has indicated that his office will defer to the government with respect to this request.

10.     Attached for the Court's review and convenience is a proposed order that conforms to the relief requested herein.

Date:  March 1, 2018                              Respectfully submitted,


                                                  _____/s/_____
                                                  Jonathan E. Lopez
                                                  ORRICK HERRINGTON & SUTCLIFFE
                                                  1152 Fifteenth Street, NW
                                                  Washington, D.C. 20005
                                                  Tel:   (202) 339-8456
                                                  Email:   Jonathan.Lopez@orrick.com

                                                  *Counsel for Defendant Lee Elbaz*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will notify counsel for the government of the filing.

$$/s/$$
Jonathan E. Lopez